**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CELEBRITY MOTOR CAR, LLC d/b/a LEXUS OF ROUTE 10, CELEBRITY AUTO OF SPRINGFIELD, LLC d/b/a BMW OF SPRINGFIELD, CELEBRITY AUTO OF WEST CHESTER, LLC d/b/a MERCEDES-BENZ OF GOLDEN BRIDGE, CELEBRITY MOTORS OF TOMS RIVER, LLC d/b/a CELEBRITY FORD OF TOMS RIVER,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CDK GLOBAL, LLC and IP NETWORKED SERVICES, INC.<br><br>　　　　　　　Defendant. | Civil Action No. 2:24-cv-08518<br><br>*Document electronically filed.*<br><br><br>**ORDER EXEMPTING CASE FROM ARBITRATION** |

　　　　THIS MATTER having come before the Court on the unopposed motion of Defendants CDK Global, LLC and IP Networked Services, Inc. ("Defendants") to exempt this case from the Court's arbitration program pursuant to Local Civil Rule 201.1; and the Court having reviewed the supporting Memorandum of Law, Joint Statement of Keith J. Miller, Esq. and Marc J. Gross, Esq. Pursuant to Local Civil Rule 201.1(d)(3), and the Declaration of Chris Guider; and all parties having consented to the relief requested; and for good cause shown;

IT IS, on this  18th  day of September, 2024, hereby

ORDERED that Defendants' motion [D.E. 7] is GRANTED; and it is further

ORDERED that the Clerk of the Court shall remove this case from the Court's arbitration program pursuant Local Civil Rule 201.1.

　　　　　　　　　　　　　　　　　　　　　*/s/ André M. Espinosa*　　　　　　
　　　　　　　　　　　　　　　　　　　HON.  ANDRE M. ESPINOSA, U.S.M.J.