UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CELEBRITY MOTOR CAR, LLC d/b/a LEXUS OF ROUTE 10, CELEBRITY AUTO OF SPRINGFIELD, LLC d/b/a BMW OF SPRINGFIELD, CELEBRITY AUTO OF WEST CHESTER, LLC d/b/a MERCEDES-BENZ OF GOLDEN BRIDGE, and CELEBRITY MOTORS OF TOMS RIVER, LLC d/b/a CELEBRITY FORD OF TOMS RIVER,<br><br>                Plaintiffs,<br><br>     v.<br><br>CDK GLOBAL, LLC and IP NETWORKED SERVICES, INC.,<br><br>                Defendants. | Civil Action No. 2:24-cv-08518<br><br>**STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for the respective Parties to this action that the above-captioned action is hereby dismissed with prejudice, and without fees and costs.

**STIPULATED AND AGREED TO BY:**

| | |
|---|---|
| */s/ Marc J. Gross* | */s/ Keith J. Miller* |
| By: Marc J. Gross, Esq.<br>Fox Rothschild LLP<br>49 Market Street<br>Morristown, New Jersey 07960<br>Telephone: (973) 992-4800<br>Email: mgross@foxrothschild.com | By: Keith J. Miller, Esq.<br>Robinson Miller LLC<br>110 Edison Place, Suite 302<br>Newark, New Jersey 07102<br>Telephone: (973) 690-5400<br>Email: kmiller@rwmlegal.com |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

**SO ORDERED**.

165027825.1

_____
Michael E. Farbiarz, U.S.D.J.
Date: 11/20/2024